# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BRENDA COTHRON, Individually and as the MOTHER OF TRAE SPURLOCK and as the Wrongful Death Representative of Trae Spurlock and as the Person who has Applied as the Personal Representative of the Estate of TRAE SPURLOCK, Deceased, | Case No. 2:26-cv-00180-KHR |

Plaintiff,

-v-

CITY OF CASPER, WYOMING, CASPER POLICE DEPARTMENT, CASPER POLICE OFFICERS, WILLIAM MAPLES, JOCELYN PADILLA AND BRENDEN LAPOINTE, AND JOHN DOES 1-10,

Defendants.

## SUMMONS

TO:    Tort Litigation Division
       Wyoming Attorney General's Office
       2424 Pioneer Ave., 2nd Floor
       Cheyenne, WY 82002

Page 1 of 2

A Lawsuit has been filed.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the Plaintiff an answer to the attached compliant or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher J. King
PO Box 552
Worland, WY 82401
(307) 347-9801
chris@wyoattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

Dated this ___ day of June, 2026.

Clerk of Court

Signature of Clerk or Deputy Clerk

Dated June 4, 2026

APEX Legal, P.C.

*Christopher J. King*

Christopher J. King
WSB 7-4532
PO Box 552
Worland, WY 82401
(307) 347-9801
chris@wyoattorney.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BRENDA COTHRON, Individually and as the MOTHER OF TRAE SPURLOCK and as the Wrongful Death Representative of Trae Spurlock and as the Person who has Applied as the Personal Representative of the Estate of TRAE SPURLOCK, Deceased,<br><br>Plaintiff,<br><br>-v-<br><br>CITY OF CASPER, WYOMING, CASPER POLICE DEPARTMENT, CASPER POLICE OFFICERS, WILLIAM MAPLES, JOCELYN PADILLA AND BRENDEN LAPOINTE, AND JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:26-cv-00180-KHR |

**SUMMONS**

TO:   General Services Division
        Department of Administration and Information
        109 State Capitol
        200 W. 24th Street
        Cheyenne, WY 82002

Page 1 of 2

A Lawsuit has been filed.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the Plaintiff an answer to the attached compliant or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher J. King
PO Box 552
Worland, WY 82401
(307) 347-9801
chris@wyoattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

Dated this _5th_ day of June, 2026.

Clerk of Court

_____
Signature of Clerk or Deputy Clerk

Dated June 4, 2026

APEX Legal, P.C.

_Christopher J. King_
_____
Christopher J. King
WSB 7-4532
PO Box 552
Worland, WY 82401
(307) 347-9801
chris@wyoattorney.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BRENDA COTHRON, Individually and as the MOTHER OF TRAE SPURLOCK and as the Wrongful Death Representative of Trae Spurlock and as the Person who has Applied as the Personal Representative of the Estate of TRAE SPURLOCK, Deceased,<br><br>Plaintiff,<br><br>-v-<br><br>CITY OF CASPER, WYOMING, CASPER POLICE DEPARTMENT, CASPER POLICE OFFICERS, WILLIAM MAPLES, JOCELYN PADILLA AND BRENDEN LAPOINTE, AND JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:26-cv-00180-KHR |

| **SUMMONS** |
|---|
| |

TO:  Brenden LaPointe, Individually
and in the official capacity of Officer with Casper Police Department
(Wherever the Defendant may be found)

A Lawsuit has been filed against you.

Page 1 of 2

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the Plaintiff an answer to the attached compliant or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher J. King
PO Box 552
Worland, WY 82401
(307) 347-9801
chris@wyoattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

Dated this  5th  day of June, 2026.

Clerk of Court

_____
Signature of Clerk or Deputy Clerk

Dated June 4, 2026

APEX Legal, P.C.

Christopher J. King
_____
Christopher J. King
WSB 7-4532
PO Box 552
Worland, WY 82401
(307) 347-9801
chris@wyoattorney.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BRENDA COTHRON, Individually and as the MOTHER OF TRAE SPURLOCK and as the Wrongful Death Representative of Trae Spurlock and as the Person who has Applied as the Personal Representative of the Estate of TRAE SPURLOCK, Deceased, <br><br> Plaintiff, <br><br> -v- <br><br> CITY OF CASPER, WYOMING, CASPER POLICE DEPARTMENT, CASPER POLICE OFFICERS, WILLIAM MAPLES, JOCELYN PADILLA AND BRENDEN LAPOINTE, AND JOHN DOES 1-10, <br><br> Defendants. | Case No. 2:26-cv-00180-KHR |

| **SUMMONS** |
|---|

TO:   Jocelyn Padilla, Individually
      and in the official capacity of Officer with Casper Police Department
      (Wherever the Defendant may be found)

A Lawsuit has been filed against you.

Page 1 of 2

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the Plaintiff an answer to the attached compliant or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher J. King
PO Box 552
Worland, WY 82401
(307) 347-9801
chris@wyoattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

Dated this  5th day of June, 2026.

Clerk of Court

_____
Signature of Clerk or Deputy Clerk

Dated June 4, 2026

APEX Legal, P.C.

_Christopher J. King_
_____
Christopher J. King
WSB 7-4532
PO Box 552
Worland, WY 82401
(307) 347-9801
chris@wyoattorney.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

|  |  |
|---|---|
| BRENDA COTHRON, Individually and as the MOTHER OF TRAE SPURLOCK and as the Wrongful Death Representative of Trae Spurlock and as the Person who has Applied as the Personal Representative of the Estate of TRAE SPURLOCK, Deceased, <br><br> Plaintiff, <br><br> -v- <br><br> CITY OF CASPER, WYOMING, CASPER POLICE DEPARTMENT, CASPER POLICE OFFICERS, WILLIAM MAPLES, JOCELYN PADILLA AND BRENDEN LAPOINTE, AND JOHN DOES 1-10, <br><br> Defendants. | Case No. 2:26-cv-00180-KHR |

**SUMMONS**

TO:    William Maples, Individually
       and in the official capacity of Officer with Casper Police Department
       (Wherever the Defendant may be found)


A Lawsuit has been filed against you.


Page 1 of 2

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the Plaintiff an answer to the attached compliant or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher J. King
PO Box 552
Worland, WY 82401
(307) 347-9801
chris@wyoattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

Dated this  5th day of June, 2026.



Clerk of Court

_____
Signature of Clerk or Deputy Clerk

Dated June 4, 2026

APEX Legal, P.C.

_Christopher J. King_
Christopher J. King
WSB 7-4532
PO Box 552
Worland, WY 82401
(307) 347-9801
chris@wyoattorney.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BRENDA COTHRON, Individually and as the MOTHER OF TRAE SPURLOCK and as the Wrongful Death Representative of Trae Spurlock and as the Person who has Applied as the Personal Representative of the Estate of TRAE SPURLOCK, Deceased,<br><br>Plaintiff,<br><br>-v-<br><br>CITY OF CASPER, WYOMING, CASPER POLICE DEPARTMENT, CASPER POLICE OFFICERS, WILLIAM MAPLES, JOCELYN PADILLA AND BRENDEN LAPOINTE, AND JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:26-cv-00180-KHR |

| SUMMONS |
|---|
| |

TO:    Casper Police Department
       201 N. David Street
       Casper, WY 82601

A Lawsuit has been filed against you.

Page 1 of 2

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the Plaintiff an answer to the attached compliant or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher J. King
PO Box 552
Worland, WY 82401
(307) 347-9801
chris@wyoattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

Dated this  5th day of June, 2026.

Clerk of Court

_____
Signature of Clerk or Deputy Clerk

Dated June 4, 2026

APEX Legal, P.C.

_Christopher J. King_
_____
Christopher J. King
WSB 7-4532
PO Box 552
Worland, WY 82401
(307) 347-9801
chris@wyoattorney.com

Page 2 of 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BRENDA COTHRON, Individually and as the MOTHER OF TRAE SPURLOCK and as the Wrongful Death Representative of Trae Spurlock and as the Person who has Applied as the Personal Representative of the Estate of TRAE SPURLOCK, Deceased, | Case No. 2:26-cv-00180-KHR |

Plaintiff,

-v-

CITY OF CASPER, WYOMING,
CASPER POLICE DEPARTMENT,
CASPER POLICE OFFICERS,
WILLIAM MAPLES, JOCELYN
PADILLA AND BRENDEN LAPOINTE,
AND JOHN DOES 1-10,

Defendants.

| **SUMMONS** |
|---|
| |

TO:    City of Casper
       City Clerk
       200 N. David Street
       Casper, WY 82601

Page 1 of 2

A Lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the Plaintiff an answer to the attached compliant or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher J. King
PO Box 552
Worland, WY 82401
(307) 347-9801
chris@wyoattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

Dated this  5th day of June, 2026.

Clerk of Court

Signature of Clerk or Deputy Clerk

Dated June 4, 2026

APEX Legal, P.C.

*Christopher J. King*
Christopher J. King
WSB 7-4532
PO Box 552
Worland, WY 82401
(307) 347-9801
chris@wyoattorney.com