Timothy W. Miller, Bar No. 5-2704
Sean Towles, Bar No. 7-5992
Senior Assistant Attorneys General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-5820
(307) 777-7250
(307) 777-8920 Facsimile
tim.miller@wyo.gov
sean.towles@wyo.gov

Attorneys for Individual Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| BRENDA COTHRON, Individually and as the MOTHER OF TRAE SPURLOCK and as the Wrongful Death Representative of Trae Spurlock and as the Person who has Applied as the Personal Representative of the Estate of TRAE SPURLOCK, Deceased, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 26-CV-00180-KHR |
| CITY OF CASPER, WYOMING, CASPER POLICE DEPARTMENT, CASPER POLICE OFFICERS, WILLIAM MAPLES, JOCELYN PADILLA AND BRENDEN LAPOINTE, AND JOHN DOES 1-10, | ) | |
| Defendants. | ) | |

---

**MOTION TO DISMISS OF DEFENDANTS PADILLA AND LAPOINTE**
**(IN THEIR INDIVIDUAL CAPACITIES)**

---

Pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, defendants Jocelyn Padilla and Brenden LaPointe, in their individual capacities (collectively, "movants"), hereby move to dismiss and state as follows:

1. This case arises from a lawful encounter between the late Trae Spurlock and three Casper police officers, including movants, in a Casper apartment on June 6, 2024.

2. Pursuant to 42 U.S.C. § 1983, plaintiff Brenda Cothron (individually and as the wrongful death representative of Trae Spurlock) has sued movants (and others) attempting to assert an excessive force claim under the Fourth Amendment to the United States Constitution. (*See* ECF No. 1 at Count I).

3. Cothron also attempts to assert a state law wrongful death claim against movants (and others) in the Complaint. (*Id.* at Count III).

4. However, the excessive force claim fails because the Complaint does not allege a use of force by either Officer Padilla or Officer LaPointe.

5. Similarly, the wrongful death claim fails because the Complaint does not allege a negligent act by either of them.

6. The Complaint thus does not state any plausible claims for relief against movants.

7. Movants are also entitled to qualified immunity.

8. Movants should therefore be dismissed from this action.

This motion is supported by the memorandum of points and authorities filed herewith, as well as by the record on file with the court in this action.

DATED this 26th day of October, 2026.

*/s/ Sean Towles*

Timothy W. Miller, Bar No. 5-2704
Sean Towles, Bar No. 7-5992
Senior Assistant Attorneys General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-5820
(307) 777-7250
(307) 777-8920 Facsimile
tim.miller@wyo.gov
sean.towles@wyo.gov

Attorneys for Individual Defendants

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 26th day of October, 2026, a true and correct copy of the foregoing **Motion to Dismiss of Defendants Padilla and LaPointe (In Their Individual Capacities)** was served as indicated below:

| | |
|---|---|
| Christopher J. King<br>P.O. Box 552<br>Worland, WY 82401<br>chris@cjkattorney.com<br><br>Attorney for Plaintiff | [✓] CM/ECF |

*/s/ Kailie D. Harris*
Kailie D. Harris, Paralegal
Office of the Wyoming Attorney General