Amy M. Iberlin, WSB No. 7-5322
WILLIAMS, PORTER, DAY, & NEVILLE, P.C.
159 N. Wolcott St., Ste. 400 (82601)
P.O. Box 10700
Casper, WY 82602
(307) 265-0700 | Fax: (307) 266-2306
aiberlin@wpdn.net

*Attorney for Defendants City of Casper, Casper Police Department, and Officers William Maples, Jocelyn Padilla, and Brenden LaPointe in Their Official Capacities*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| BRENDA COTHRON, Individually and as the MOTHER OF TRAE SPURLOCK and as the Wrongful Death Representative of Trae Spurlock and as the Person who has Applied as the Personal Representative of the Estate of TRAE SPURLOCK, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CASPER, WYOMING, CASPER POLICE DEPARTMENT, CASPER POLICE OFFICERS, WILLIAM MAPLES, JOCELYN PADILLA AND BRENDEN LAPOINTE, AND JOHN DOES 1-10,<br><br>Defendants. | ) | Case No. 2:26-CV-00180-KHR |

---

**DEFENDANTS CITY OF CASPER, CASPER POLICE DEPARTMENT, AND OFFICERS WILLIAM MAPLES, JOCELYN PADILLA, AND BRENDEN LAPOINTE, IN THEIR OFFICIAL CAPACITIES, MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**

---

Defendants City of Casper ("the City"), Casper Police Department ("CPD"), and Officers William Maples, Jocelyn Padilla, and Brenden LaPointe, in their official capacities (collectively, the "Municipality Defendants"), by and through undersigned counsel and pursuant to FED. R. CIV. P. 12(b)(6), hereby move the Court for an Order:

(1) dismissing all claims against the Casper Police Department;

(2) dismissing Counts I and II as against the City, CPD, and the Officers in their official capacities, with prejudice, including any claim premised on the Second Amendment or a right to "protection and assistance";

(3) dismissing the § 1983 claims asserted on behalf of the Estate (or, alternatively, dismissing them without prejudice pending appointment and ratification under Rule 17(a)(3)) and those asserted by Plaintiff individually;

(4) dismissing the wrongful death claim against Officers Padilla and LaPointe in their official capacities, and against the City to the extent premised on their conduct;

(5) dismissing any state-law survival claim and survival damages, Plaintiff's individual emotional distress, loss of enjoyment of life, and consortium claims, and any state-law claim not presented under WYO. STAT. ANN. § 1-39-113, and limiting the state-law claim to damages recoverable under WYO. STAT. ANN. § 1-38-102(c);

(6) dismissing Plaintiff's claim of joint and several liability on her state-law claim; and

(7) dismissing Plaintiff's claims for exemplary and punitive damages against the Municipality Defendants on all claims, and for prejudgment interest and attorney's fees on the state-law claim.

In support of this Motion, the Municipality Defendants submit their contemporaneously filed Memorandum in Support, with Exhibit "A" attached, and join in the Motion to Dismiss of Officers Padilla and LaPointe, ECF Nos. 12 and 13, to the extent set forth in the Memorandum.

*Remainder of page intentionally left blank.*

**DATED** this 26th day of October 2026.

Amy M. Iberlin, WSB No. 7-5322
WILLIAMS, PORTER, DAY & NEVILLE P.C.
P.O. Box 10700
Casper, WY 82602
Phone: (307) 265-0700
Fax: (307) 266-2306
Email: aiberlin@wpdn.net

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served on the 27th day of October 2026, to the following:

| | |
|---|---|
| Christopher J. King<br>APEX LEGAL, P.C.<br>P.O. Box 552<br>Worland, WY 82401<br>chris@wyoattorney.com<br><br>*Attorney for Plaintiff* | ☒ CM/ECF<br>☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ E-mail<br>☐ Overnight Delivery<br>☐ Hand Delivery |
| Timothy W. Miller<br>Sean Towles<br>Senior Assistant Attorneys General<br>Wyoming Attorney General's Office<br>109 State Capitol<br>Cheyenne, Wyoming 82002<br>tim.miller@wyo.gov<br><br>*Attorney for Individual Defendants* | ☒ CM/ECF<br>☐ U.S. Mail (Postage Prepaid)<br>☐ Fax<br>☐ E-mail<br>☐ Overnight Delivery<br>☐ Hand Delivery |

Amy M. Iberlin